**FILED**

NOV 25 2014

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE GORDON THOMPSON, JR)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 14cr2207-GT |
| Plaintiff, | ORDER |
| v. | |
| **Daniel Hernandez-Martinez,** | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the Sentencing hearing in the above case be changed from November 26, 2014 at 9:30 a.m. to December 12, 2014 at 9:30 a.m.

**SO ORDERED.**

Dated: 11/25/14

_____
HONORABLE GORDON THOMPSON, JR
UNITED STATES DISTRICT JUDGE